UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
JAMES J. VILT, JR. - CLERK
NOV 13 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ROBERT NEWMAN**
**ISAAC NEWMAN**
**SARAH DAURIA**

INDICTMENT

NO. 1:24-cr-44-GNS

18 U.S.C. § 670(a)(1)
18 U.S.C. § 670(a)(3)
18 U.S.C. § 670(a)(6)
18 U.S.C. § 670(c)(2)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(3)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

COUNT 1
*(Theft of Medical Products-Conspiracy)*

Beginning on or about July 9, 2024, and continuing to on or about October 18, 2024, in the Western District of Kentucky, Barren and Warren Counties, Kentucky, and elsewhere, the defendants, **ROBERT NEWMAN, ISAAC NEWMAN** and **SARAH DAURIA**, and others, known and unknown to the Grand Jury, did knowingly and unlawfully conspire to embezzle, steal, and by fraud and deception obtain and knowingly possess, transport and traffic a pre-retail medical product with a value over $5000, using a means and facility of interstate commerce, to wit: **ROBERT NEWMAN, ISAAC NEWMAN** and **SARAH DAURIA** stole controlled substances being shipped from pharmaceutical distributors outside of Kentucky to a pharmaceutical distributor in Kentucky prior to the controlled substances being made available for retail purchase by a consumer in violation of Title 18, United States Code, Section 670(a)(1) and possessed,

transported, and intended to traffic the controlled substances in violation of Title 18, United States Code, Section 670(a)(3).

In violation of Title 18, United States Code, Sections 670(a)(6) and (c)(2).

The Grand Jury further charges:

## COUNT 2
*(Conspiracy to Distribute Controlled Substances)*

Beginning on or about July 9, 2024, and continuing to on or about October 18, 2024, in the Western District of Kentucky, Barren and Warren Counties, Kentucky, and elsewhere, the defendants, **ROBERT NEWMAN, ISAAC NEWMAN** and **SARAH DAURIA**, and others, known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other and with others, to knowingly and intentionally distribute and possess with intent to distribute, Hydrocodone, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 846.

The Grand Jury further charges:

## COUNT 3
*(Conspiracy to Distribute Controlled Substances)*

Beginning on or about July 9, 2024, and continuing to on or about October 18, 2024, in the Western District of Kentucky, Barren and Warren Counties, Kentucky, and elsewhere, the defendants, **ROBERT NEWMAN, ISAAC NEWMAN** and **SARAH DAURIA**, and others, known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire,

confederate and agree with each other and with others, to knowingly and intentionally distribute and possess with intent to distribute, Promethazine with Codeine, a Schedule V controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(3) and 846.

## NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Sections 841 and 846, **ROBERT NEWMAN, ISAAC NEWMAN** and **SARAH DAURIA**, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL

REDACTED

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRA11/13/2024

3

UNITED STATES OF AMERICA v. **ROBERT NEWMAN, ISAAC NEWMAN** and **SARAH DAURIA**

### PENALTIES

Count 1: NM 15 yrs./$250,000 fine/both/NM 3 yrs. Supervised Release
Count 2: NM 20 yrs./$1,000,000 fine/both/NM 3 yrs. Supervised Release
Count 3: NM 1yr./$100,00 fine/both
Forfeiture

### NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.